Date signed February 27, 2007



ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| | * | Case No.   06-16863-RAG |
| Ann M. Basgall | * | Chapter   7 |
| | * | |
| | * | Creditor   - Drive Financial Services |
| Debtor(s). | * | Reaffirmation  - 16 |

### DETERMINATION OF NO UNDUE HARDSHIP
### BY REBUTTAL IN WRITING OF PRESUMPTION

Upon review of the above identified Reaffirmation Agreement and the court finding that no hearing is necessary for this determination, it is by the United States Bankruptcy Court for the District of Maryland,

Determined that the presumption of undue hardship has been rebutted by the debtor's written statement.

cc: Debtor(s)
Debtor(s) Counsel  - David A. Goldman
Creditor - Drive Financial Services
Trustee - David Rice

**End Of Order**

Reaff- 34.6  - 2/9/07